## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:16-cv-00656

| | | |
|---|---|---|
| MICHAEL TINSLEY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER GRANTING MOTION** |
| | ) | **FOR EXTENSION OF TIME** |
| CITY OF CHARLOTTE, | ) | **TO COMPLETE DISCOVERY** |
| | ) | **and EXTEND OTHER DEADLINES** |
| Defendant. | ) | |

THIS MATTER IS BEFORE THE COURT ON Plaintiff's Motion for Extension of Time to Complete Discovery for a period of seventy-five (75) days, to and including December 13, 2017, and to extend all other deadlines in this matter by seventy-five (75) days. Having carefully considered the Motion, the record, and applicable authority, the undersigned will GRANT the Motion.

IT IS, THEREFORE, ORDERED that Plaintiff's Motion for Extension of Time To Complete Discovery is hereby GRANTED. The discovery deadline is extended for a period seventy-five (75) days, to and including **December 13, 2017.** All other deadlines are extended as well, including:

Mediation deadline: **January 12, 2018;**

Motions deadline: **February 2, 2018;**

Trial date Re-Set for: **July 16, 2018.**

Signed: September 27, 2017

Graham C. Mullen
United States District Judge