**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-656-GCM**

| | | |
|---|---|---|
| **MICHAEL TINSLEY,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **CITY OF CHARLOTTE,** | ) | |
| **Defendant.** | ) | |

THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION. Due to the pending Motion for Summary Judgment, the trial in this matter is RE-SET for **November 5, 2018** in Courtroom #2-2.

IT IS SO ORDERED.

Signed: July 16, 2018

Graham C. Mullen
United States District Judge