# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:16-cv-656-GCM

| | | |
|---|---|---|
| MICHAEL TINSLEY, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CITY OF CHARLOTTE, | ) | |
|     Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION.** Due to the pending Motion for Summary Judgment, the trial in this matter is RE-SET for **February 11, 2019** in Courtroom #2-2.

**IT IS SO ORDERED.**

Signed: September 27, 2018

Graham C. Mullen
United States District Judge