# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRIT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:16-CV-656-GCM

| | |
|---|---|
| MICHAEL TINSLEY,<br>    **Plaintiff,**<br><br>v.<br><br>CITY OF CHARLOTTE,<br>    **Defendant.** | **O R D E R** |

**THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION.**

The trial in this matter is hereby RE-SET for **March 19, 2019.**

**IT IS SO ORDERED.**

          Signed: January 23, 2019

          Graham C. Mullen
          United States District Judge