IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16CV656

MICHAEL TINSLEY,          )
                          )
    Plaintiffs,           )
                          )
v.                        )          **VERDICT SHEET**
                          )
CITY OF CHARLOTTE,        )
                          )
    Defendants.           )
                          )

FILED
CHARLOTTE, NC

MAR 26 2019

US DISTRICT COURT
WESTERN DISTRICT OF NC

Answer the following questions as instructed:

1. Did Defendant discriminate against Plaintiff on the basis of his race when it disciplined and terminated him from his employment?

   _____ Yes          ___✓___ No

2. Did Defendant discriminate against Plaintiff on the basis of his sex when it disciplined and terminated him from his employment?

   ___✓___ Yes          _____ No

If you answered yes to Issue One, Issue Two, or both Issue One and Issue Two, move on to Issue Three. If you answered "No" to both Issue One and Issue Two, please return the form.

3. Would Defendant have terminated Plaintiff even without consideration of his race or sex?

   _____ Yes          ___✓___ No

If you answered "No" to Issue Three, move on to Issue Four. If you answered "Yes" to Issue Three, please return the form.

4. What amount of damages, if any, is Plaintiff entitled to recover?

   $ 125,000.00

So say we all, this the 26 day of March, 2019.