**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:16-CV-00656-GCM**

| | | |
|---|---|---|
| **MICHAEL TINSLEY,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **CITY OF CHARLOTTE,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER COMES** before this Court on the Court's own motion. Prior to trial in this case, the Court determined that back pay and front pay were equitable remedies to be decided by the Court after a jury verdict on liability. The jury in this matter returned a verdict for the Plaintiff on March 26, 2019. As such, the Court must now schedule a hearing to determine the equitable remedies. That hearing will take place on April 10, 2019 at 10:30 a.m. in Courtroom 2-2.

The Court further **ORDERS** the Parties to brief the following issues:

- Whether back pay and front pay are appropriate on these facts;

- Assuming back pay and front pay are appropriate, what amount should Plaintiff receive for each; and

- Describe the process used to calculate the amount of award for each remedy.

The briefs should be no longer than ten (10) pages. The briefs are due by 5:00 p.m. on Friday, April 5, 2019.

**SO ORDERED**.

Signed: April 1, 2019

Graham C. Mullen
United States District Judge