# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Michael Tinsley**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:16-cv-00656-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| City of Charlotte**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court by Trial and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 26, 2019 Jury Verdict.

September 17, 2019

Frank G. Johns, Clerk
United States District Court