# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:16-CV-00656-GCM

| | |
|---|---|
| MICHAEL TINSLEY,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF CHARLOTTE,<br><br>Defendant. | **ORDER** |

**THIS MATTER** is before the Court pursuant to the unpublished opinion and judgment from the United States Court of Appeals for the Fourth Circuit from May 5, 2021, which vacated the district court's judgment in favor of Tinsley, vacated the district court's award of equitable damages and attorneys' fees and costs, and remanded for entry of judgment in favor of the City of Charlotte.

In light of the Fourth Circuit's opinion of May 5, 2021, the Clerk of Court is hereby directed to enter judgment in favor of the City of Charlotte.

**SO ORDERED**.

Signed: June 21, 2021

Graham C. Mullen
United States District Judge