# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Michael Tinsley, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:16-cv-00656-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| City of Charlotte, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the unpublished opinion and judgment from the United States Court of Appeals for the Fourth Circuit, (document 128).

June 22, 2021

_____

Frank G. Johns, Clerk
United States District Court